McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California  95814
Telephone:  (916) 554-2770



FILED
MAY 18 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )   MAG NO. S-07-0145 GGH
                                       )
                    Plaintiff,         )   GOVERNMENT'S MOTION AND PROPOSED
                                       )   ORDER TO VACATE COMPLAINT AND
                                       )   CANCEL ARREST WARRANT
COMPLAINT                              )
        v.                             )
                                       )
PANCHO PALACIO,                        )
                                       )
                    Defendant.         )
_____)

    The United States hereby moves to vacate the complaint against defendant Palacio without prejudice and cancel the arrest warrant issued on May 16, 2007.  Defendant Palacio was mis-identified as the individual who delivered a controlled substance to a confidential source.  Defendant Palacio has not yet been arrested pursuant to the complaint and arrest warrant in the above-entitled case.

    Accordingly, the United States now moves to vacate the criminal complaint without prejudice and cancel the arrest warrant.

//

Dated: May 18, 2007

                          McGREGOR W. SCOTT
                          United States Attorney

                        By: _____
                          HEIKO P. COPPOLA
                          Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED.

    For the reasons stated above, the criminal complaint in the above-entitled matter is vacated without prejudice and the arrest warrant is canceled.

Dated: May 18, 2007

                          **GREGORY G. HOLLOWS**
                          _____
                          GREGORY G. HOLLOWS
                          U.S. Magistrate Judge